# Claims Proposed Distribution

## Case:  05-05900   MINNICK, BRADLEY B.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $6,872.87    **Total Proposed Payment:** $6,872.87    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2 | Geo. Wilson & Co. | Unsecured | 2,504.17 | 2,504.17 | 395.28 | 2,108.89 | 340.06 | 6,532.81 |
| | **Claim Memo:** no docs | | | | | | | |
| 6 | Radiological Physician Associates | Unsecured | 453.00 | 453.00 | 71.50 | 381.50 | 61.52 | 6,471.29 |
| 7 | United Hosp. Ctr. | Unsecured | 3,623.27 | 3,623.27 | 571.92 | 3,051.35 | 492.05 | 5,979.24 |
| | **Claim Memo:** Mail returned undeliverable; called and spoke with Rusy for updated address. | | | | | | | |
| 8 | CHASE BANK USA, N.A. | Unsecured | 5,499.13 | 5,499.13 | 868.02 | 4,631.11 | 746.79 | 5,232.45 |
| 9 | DiscoverBank/DiscoverFinancialServices | Unsecured | 2,008.31 | 2,008.31 | 317.01 | 1,691.30 | 272.73 | 4,959.72 |
| 10 | FPC Financial, FSB | Unsecured | 3,065.36 | 3,065.36 | 483.86 | 2,581.50 | 416.28 | 4,543.44 |
| 11 | Martin Marietta Aggregates | Unsecured | 1,691.89 | 1,691.89 | 267.06 | 1,424.83 | 229.76 | 4,313.68 |
| 12 | United Collection Bureau | Unsecured | 4,053.71 | 4,053.71 | 639.87 | 3,413.84 | 550.49 | 3,763.19 |
| 13 | Central Supply Co. of WV | Unsecured | 25,002.55 | 25,002.55 | 3,946.57 | 21,055.98 | 3,395.37 | 367.82 |
| | **Claim Memo:** 10/5/15 -- check was returned as undeliverable; called for new address | | | | | | | |
| 14 | CARON EAST | Unsecured | 2,491.00 | 2,491.00 | 393.20 | 2,097.80 | 338.28 | 29.54 |
| | **Claim Memo:** Bills in the name of corporation | | | | | | | |
| 16 | ALEXANDRIA VANECK CO LPA | Unsecured | 217.50 | 217.50 | 34.33 | 183.17 | 29.54 | 0.00 |
| **SUBTOTAL FOR   UNSECURED** | | | **50,609.89** | **50,609.89** | **7,988.62** | **42,621.27** | **6,872.87** | |
| | **Total for Case 05-05900 :** | | **$50,609.89** | **$50,609.89** | **$7,988.62** | **$42,621.27** | **$6,872.87** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Unsecured Claims :** | $50,609.89 | $50,609.89 | $7,988.62 | $6,872.87 | 29.364794% |