IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RE:   MINNICK, BRADLEY B.                             BK. NO:  05-05900

Chapter 7 -- Liquidation

Debtor(s).

REPORT OF RETURNED FUNDS
AVAILABLE FOR FURTHER DISTRIBUTION

The undersigned trustee reports as follows:

1. That the trustee herein has received returned funds in the amount of $6,872.87 from the following claimants:

| Claim No. | Claimant | Amount |
|---|---|---|
| 1S | Sheriff of Taylor County<br>PO Box 189<br>Grafton, WV 26354 | $5,840.73 |
| 1P | Sheriff of Taylor County<br>PO Box 189<br>Grafton, WV 26354 | $858.37 |
| 1U | Sheriff of Taylor County<br>PO Box 189<br>Grafton, WV 26354 | $173.77 |
| Total | | $6,872.87 |

2. That the claimant has advised the trustee that its claim against the above-named debtor has been satisfied.

3. That the trustee proposes a further distribution of 34.35% be paid to the following claimants. The claimants, claim numbers, and amount of claims to be paid are listed on the attachment.

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge.

RESPECTFULLY SUBMITTED

*/s/ Martin P. Sheehan*
Martin P. Sheehan, Trustee

WV Bar No. 4812
**SHEEHAN & NUGENT, PLLC**
41 Fifteenth Street
Wheeling WV 26003
(304) 232-1064
(304) 232-1066 FAX